**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00539-MEH

KEITH V. GOSSELIN,

      Plaintiff,

v.

SGT. KAUFMAN,
OFFICER GONZALEZ, and
SHARON PHILIPS,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael

E. Hegarty entered on November 18, 2015 it is

      ORDERED that, Defendant's motion to dismiss filed June 29, 2015, [46], is

granted.  It is

      FURTHER ORDERED that, final judgment enter in favor of Defendants SGT.

Kaufman, Officer Gonzalez, and Sharon Philips, and against Plaintiff Keith V. Gosselin.


      Dated at Denver, Colorado this 18th day of November, 2015.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

By:  s/  S. Libid
_____
S. Libid
Deputy Clerk